## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

NANCY CHAPMAN, et al.,
    Plaintiff(s)

vs.

Case Number: 12-CV-613-GKF-PJC

BOK FINANCIAL CORPORATION,
    Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Jack Duncan McInnes V

2. State bar membership number: MO 56904; KS 21898

3. Business address, telephone and fax numbers: STUEVE SIEGEL HANSON LLP, 460 Nichols Rd, Ste 200, Kansas City, MO 64112   Tele: (816) 714-7100   Fax: (816) 714-7101

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Missouri, Kansas, USDC D. Colorado; USDC W.D. MO; USDC D.Kan.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

Signature: *[signature]*

Printed Name: Jack Duncan McInnes V      Bar Number: MO 56904; KS 21898

Firm Name: STUEVE SIEGEL HANSON LLP

Address: 460 Nichols Rd, Ste 200

City: Kansas City      State: MO      ZIP: 64112

Phone: 816-714-7100      Fax: 816-714-7101

Email Address: mcinnes@stuevesiegel.com

## CERTIFICATE OF SERVICE

I hereby certify that on  November 1, 2012           (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on                     (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery

☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_/s/ [signature]_
Signature