# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Nancy Chapman, et al
    Plaintiff(s)

vs.

Case Number: 12-CV-613-GKF-PJC

BOK Financial Corporation
    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Rowdy B. Meeks

2. State bar membership number: KS 16068

3. Business address, telephone and fax numbers: Rowdy Meeks Legal Group LLC, 435 Nichols Rd., Suite 200, Kansas City, MO 64112  Tele: (816) 977-2741  Fax: (816) 875-5069

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Please see attached list.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

/s/ Rowdy B. Meeks
Signature

Rowdy B. Meeks     KS 16068
Printed Name     Bar Number

Rowdy Meeks Legal Group LLC
Firm Name

435 Nichols Rd., Suite 200
Address

Kansas City     MO    64112
City     State    ZIP

(816) 977-2741     (816) 875-5069
Phone     Fax

Rowdy.Meeks@rmlegalgroup.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  November 5, 2012          (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on                         (Date), I served the same document by
☐ U.S. Postal Service      ☐ In Person Delivery
☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Rowdy B. Meeks
Signature