UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

NANCY CHAPMAN, et al.,
        Plaintiff(s)

vs.

Case Number: 12-CV-00613-GKF-PJC

BOK FINANCIAL CORPORATION,
        Defendant(s)

**REQUEST FOR ADMISSION PRO HAC VICE**

(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Ashlea G. Schwarz

2. State bar membership number: MO 60102; KS 23491

3. Business address, telephone and fax numbers: Stueve Siegel Hanson LLP, 460 Nichols Road, Ste. 200, Kansas City, Tele: 816-714-7100  Fax: 816-714-7101

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Missouri, Kansas, USDC Western District of Missouri, USDC District of Kansas, USDC District of Colorado

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

/s/ Ashlea G. Schwarz
Signature

Ashlea G. Schwarz     MO 60102  KS 23491
Printed Name     Bar Number

Stueve Siegel Hanson LLP
Firm Name

460 Nichols Road, Ste. 200
Address

Kansas City     MO    64112
City     State    ZIP

(816) 714-7100     (816) 714-7101
Phone     Fax

ashlea@stuevesiegel.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): J. Michael Medina, Piper W. Turner, Erica Anne Dorwart

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery
☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Ashlea G. Schwarz
Signature