# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

NANCY CHAPMAN, et al.,
        Plaintiff(s)

vs.                              Case Number: 12-CV-00613-GKF-PJC

BOK FINANCIAL CORPORATION,
        Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Lauren A. Wolf

2. State bar membership number: Missouri 63624; Kansas 25552

3. Business address, telephone and fax numbers: Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200 Kansas City, Missouri 64112; Telephone 816-714-7100; Fax 816-714-7101

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Missouri, Kansas, USDC District of Colorado

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

/s/ Lauren A. Wolf
Signature

Lauren A. Wolf        MO 63624
Printed Name        Bar Number

Stueve Siegel Hanson, LLP
Firm Name

460 Nichols Road, Suite 200
Address

Kansas City        MO    64112
City        State    ZIP

(816) 714-7100        (816) 714-7101
Phone        Fax

wolf@stuevesiegel.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): Erica Anne Dorwart, J. Michael Medina, Piper W. Turner,

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service       ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Lauren A. Wolf
Signature