# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

NANCY CHAPMAN, et al.
    Plaintiff(s)

vs.                Case Number: 12-cv-00613-GKF-PJC

BOKF NA, BOK Financial Corporation,
    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

  I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Worthy Waring Walker

2. State bar membership number: Texas - 24033308

3. Business address, telephone and fax numbers:
   Elrod, PLLC, 500 N. Akard, Suite 3000, Dallas, Texas 75201
   Phone: (214) 855-5188, Fax: (214) 855-5183

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State Bar of Texas, U.S. District Court - Northern District of Texas, U.S. District Court - Eastern District of Texas,
   U.S. District Court - Southern District of Texas, Fifth Circuit Court of Appeals

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

*/s/ Worthy Walker*
Signature

Worthy Walker        TX-24033308
Printed Name         Bar Number

Elrod, PLLC
Firm Name

500 N. Akard, Suite 3000
Address

Dallas           TX  75201
City            State  ZIP

(214) 855-5188       (214) 855-5183
Phone           Fax

wwalker@elrodtrial.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on 2/21/2014 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): Mark A. Waller
Ashlea Schwarz
Lauren Wolf
Rowdy Meeks
Erica Anne Dorwart

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature