**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NANCY CHAPMAN, individually and on behalf of a class of those similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOK FINANCIAL CORPORATION and BOKF, NA,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 12-CV-613-GKF-PJC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pending before the court is Plaintiffs' Unopposed Motion for Approval of FLSA Settlements [Dkt. #121], filed on behalf of the five remaining Plaintiffs in this case: Nancy Chapman, Richard Allen, Yancey Langley, Anthony Cordova, and Beverly Holland. Defendants do not oppose this motion, which arises out of a settlement agreement reached between the parties in this case. The motion seeks approval of the settlements pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b).

Having fully and carefully reviewed Plaintiffs' briefing in this matter, the court finds the settlement agreement is a fair and reasonable resolution of a bona fide dispute and should be approved as to the five plaintiffs named above pursuant to the terms set forth in the settlement agreements.

IT IS THEREFORE ORDERED that Plaintiffs' Unopposed Motion for Approval of the FLSA Settlement is granted. It is further ORDERED that the parties shall brief the issue of attorney fees and costs for the five plaintiffs named above on the schedule previously set by the court.

- 2 -

ENTERED this 14th day of October, 2014.

                                              GREGORY K. FRIZZELL, CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF OKLAHOMA