**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NANCY CHAPMAN, individually and on behalf of a class of those similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 12-CV-613-GKF-PJC |
| v. | ) ) | |
| BOK FINANCIAL CORPORATION and BOKF, NA, | ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the court's order granting Plaintiffs' Unopposed Motion for Approval of FLSA Settlements [Dkt. #122], IT IS ORDERED that the action be dismissed under the terms of the Parties' settlement agreements as set forth in the Plaintiffs' Motion [Dkt. #121].

ENTERED this 14th day of October, 2014.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA