UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Nancy Chapman, individually and on behalf of a class of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOK Financial Corporation, and BOKF, NA,<br><br>    Defendants. | Case No.  12-CV-613-GKF-PJC |

## NOTICE OF APPEAL

Notice is hereby given that Gloria Cowles, Nancy Coyne, Sarah Davis, Page Dexter, Linda Jones, David McKay, Gina McLean, Marta Vizcarra, and Timothy Kongenske, the non-settling plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from (a) each and every part of the district court's Order (Doc. 95), and (b) each and every part of the resulting Judgment (Doc. 123) entered on October 14, 2014.

Respectfully submitted,

October 30, 2014            **STUEVE SIEGEL HANSON LLP**

  _/s/ George A. Hanson_____
George A. Hanson (*pro hac vice*)
Lauren A. Wolf (*pro hac vice)*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:    (816) 714-7100
Fax:   (816) 714-7101
hanson@stuevesiegel.com
wolf@stuevesiegel.com

1

ROWDY MEEKS LEGAL GROUP LLC
Rowdy B. Meeks (*pro hac vice*)
10601 Mission Road, Suite 100
Leawood, Kansas 66206
Tel:	(816) 977-2741
Fax:	(816) 875-5069
rowdy.meeks@rmlegalgroup.com

SNEED LANG PC
Mark A. Waller, OBA #14831
1700 Williams Center Tower I
One West Third Street
Tulsa, Oklahoma 7410303522
Tel:	(918) 588-1313
Fax:	(918) 588-1314
mwaller@sneedlang.com

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

On October 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which delivered a copy to counsel of record.

                                             */s/ George A. Hanson*
                                             Attorney for Plaintiffs