**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 17, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GLORIA COWLES; TIMOTHY KONGENSKE; NANCY COYNE; SARAH DAVIS; PAGE DEXTER; MARTA VIZCARRA; GINA MCLEAN; DAVID MCKAY; LINDA JONES,

    Plaintiffs - Appellants,

v.

BOK FINANCIAL CORPORATION; BOKF, NA,

    Defendants - Appellees.

No. 14-5129
(D.C. No. 4:12-CV-00613-GKF-PJC)
(N.D. Okla.)

_____

## ORDER
_____

The *Joint Dismissal Agreement* filed by the parties is construed as a voluntary motion to dismiss. At the direction of the panel of judges assigned to the appeal, the request to dismiss the captioned appeal is granted. *See* Fed. R. App. P. 43(b). Oral argument scheduled for September 28, 2015 is vacated and all parties scheduled to appear are excused from attendance at oral argument. Each party shall bear its own costs. A copy of this order shall stand as and for the mandate of this court.

                        Entered for the Court

                        ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker<br>Clerk of Court | September 17, 2015 | Chris Wolpert<br>Chief Deputy Clerk |
|---|---|---|

Mr. Rowdy B. Meeks
Rowdy Meeks Legal Group
10601 Mission Road, Suite 100
Leawood, KS 66206

Mr. Mark Alston Waller
Sneed Lang
1700 Williams Center Tower I
One West Third Street
Tulsa, OK 74103-3522

Mr. George Allan Hanson
Ms. Lauren A. Wolf
Stueve Siegel Hanson
460 Nichols Road, Suite 200
Kansas City, MO 64112

**RE:**   14-5129, Cowles, et al v. BOK Financial Corp., et al
Dist/Ag docket: 4:12-CV-00613-GKF-PJC

Dear Counsel:

Enclosed please find an order issued today by the court. Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Erica Anne Dorwart
      Jean Michael Medina



**Re-send: 14-5129 Cowles, et al v. BOK Financial Corp., et al "Case termination for orders" (4:12-CV-00613-GKF-PJC)**
ca10_cmecf_notify   to:                                  09/17/2015 04:02 PM

| From: | ca10_cmecf_notify@ca10.uscourts.gov |
|---|---|
| To: | |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Amended 09/17/2015 15:02:03: Notice of Docket Activity**

The following transaction was entered on 09/17/2015 at 2:17:03 PM MDT and filed on 09/17/2015

**Case Name:**   Cowles, et al v. BOK Financial Corp., et al
**Case Number:**   14-5129

**Document(s):**   Document(s)

**Docket Text:**
[10303349] Frap 42; Procedural termination without judicial action. The stipulation filed by the parties to dismiss the captioned appeal is granted. Each party shall bear its own costs. [14-5129] --[Edited 09/17/2015 by AS to attach modified order] (AS)

**Notice will be electronically mailed to:**

Mr. Mark Alston Waller: mwaller@sneedlang.com, spoole@sneedlang.com
Mr. Rowdy B. Meeks: Rowdy.Meeks@rmlegalgroup.com
Mr. George Allan Hanson: hanson@stuevesiegel.com, warner@stuevesiegel.com, vahle@stuevesiegel.com
Ms. Lauren A. Wolf: wolf@stuevesiegel.com, warner@stuevesiegel.com
Mr. Jean Michael Medina: mmedina@fdlaw.com, pcreek@fdlaw.com, mmedina@fdlaw.com
Ms. Erica Anne Dorwart: edorwart@fdlaw.com, jmills@fdlaw.com


The following document(s) are associated with this transaction:
**Document Description:** Order Dismissing Appeal
**Original Filename:** F:\ORDERS\A.MIS\2014\14-5129.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/17/2015] [FileNumber=10303349-0]

[dd8edff6c091c13918d967687d57bdee586562c27ef31c95b176b7dfbb60a6dd75f1c021b324b6757948a73e4888940b0efbeb3d1ac36973df239b08e7065abf]]

**Document Description:** Order Cover Letter
**Original Filename:** /opt/ACECF/live/forms/ardell_schuler_145129_10303349_128.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/17/2015] [FileNumber=10303349-1]
[eeb08c7963fecaadf59b2cba2ab2beab4cf4fc13de303774cae0c0a51175eecb824ce34ffdaf7088ceb71f4921ec89949fa023892390b023fa8acf136de9a125]]

**Recipients:**
- Ms. Erica Anne Dorwart
- Mr. George Allan Hanson
- Mr. Jean Michael Medina
- Mr. Rowdy B. Meeks
- Mr. Mark Alston Waller
- Ms. Lauren A. Wolf

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10303349
**RELIEF(S) DOCKETED:**
  order for case termination
**DOCKET PART(S) ADDED:** 3801165, 3801166